IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RYAN HARLEN

        Plaintiff,

v.

GRANT AVENUE DEVELOPMENT, INC.
et al.,

        Defendants.

3:16-CV-00380
(JUDGE MARIANI)

FILED
SCRANTON
JUN 2 8 2018

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 28th DAY OF JUNE, 2018, upon receiving notice from Magistrate Judge Saporito that this matter has settled, (Doc. 81), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Robert D. Mariani
United States District Judge